# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Zuffa, LLC, d/b/a The Ultimate Fighting Championship (UFC), | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Reza T. Kamranian, et. al., | ) ) | Case No. 1:11-cv-036 |
| Defendants. | ) | |

Before the court is the plaintiff's motion for attorney Julie Cohen Lonstein to appear *pro hac vice* on plaintiff's behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Julie Cohen Lonstein has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  She has also paid the required admission fees to the office of the Clerk.  Accordingly, the plaintiff's motion (Docket No. 1) is **GRANTED**.  Attorney Julie Cohen Lonstein is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

   **IT IS SO ORDERED.**

   Dated this 18th day of April, 2011.

                              */s/ Charles S. Miller, Jr.*
                              Charles S. Miller, Jr.
                              United States Magistrate Judge