# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Zuffa, LLC, d/b/a The Ultimate Fighting Championship (UFC), | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Reza T. Kamranian, Individually and as officer, director, shareholder and/or principal of Kamranian, Inc., d/b/a Reza's Pitch, a/k/a Reza's Pitch-Burgers & Beer, a/k/a Reza's Pitch Burgers & Beer; and Kamranian, Inc., d/b/a Reza's Pitch, a/k/a Reza's Pitch-Burgers & Beer, a/k/a Reza's Pitch Burgers & Beer, | ) ) ) ) ) ) ) ) ) | Case No.: 1:11-cv-036 |
| Defendants. | ) | |

On October 8, 2013, the parties filed a stipulation for plaintiff's counsel and witnesses to appear at the bench trial scheduled for October 24, 2013, via video through the use of Skype technology.

The court's video conferencing equipment as presently configured cannot interface with Skype. However, arrangements have been made for plaintiff's counsel to appear for trial via video from the United States Bankruptcy Court, Southern District of New York, 355 Main Street, Poughkeepsie, New York.

Accordingly, the court **ADOPTS** the parties' stipulation (Docket No. 88) insofar as they have agreed that plaintiff's counsel may appear via video on October 24, 2013. If plaintiff's counsel opts not to appear via video and intends on appearing personally in this district, he should so advise this

1

court as soon as possible. With respect to plaintiff's prospective witnesses, the court has been advised that they will be appearing personally in this district.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court