# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Zuffa, LLC, d/b/a The Ultimate Fighting Championship (UFC),  )<br>  )<br>       Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>Reza T. Kamranian, Individually and as  )<br>officer, director, shareholder and/or principal  )<br>of Kamranian, Inc., d/b/a Reza's Pitch, a/k/a  )<br>Reza's Pitch-Burgers & Beer, a/k/a Reza's  )<br>Pitch Burgers & Beer; and Kamranian, Inc.,  )<br>d/b/a Reza's Pitch, a/k/a Reza's Pitch-Burgers  )<br>& Beer, a/k/a Reza's Pitch Burgers & Beer,  )<br>  )<br>       Defendants.  ) | **ORDER**<br><br><br><br><br><br>Case No.: 1:11-cv-036 |

A one-day bench trial was convened in the above-entitled action on October 24, 2013. At the close of their respective cases, the parties agreed that they would submit their final arguments to the court in writing. Accordingly, the court **ORDERS** that the parties shall have until November 14, 2013, to submit their closing arguments to the court. Thereafter, each party shall have five (5) days to submit a response to the other's argument.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2013.

                                                                    */s/ Charles S. Miller, Jr.*
                                                                      Charles S. Miller, Jr., Magistrate Judge
                                                                      United States District Court